## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND v. WALTER S. ORLINSKY

[Misc. (BV) No. 21, September Term, 1982.]

*Order filed October 15, 1982.*

Consent to disbarment filed by Walter S. Orlinsky in accordance with Maryland Rule BV12 d 2.

Walter S. Orlinsky is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND v. RICHARD VERNON JOHNSON

[Misc. (BV) No. 19, September Term, 1982.]

*Order filed October 21, 1982.*

Consent to disbarment filed by Richard Vernon Johnson in accordance with Maryland Rule BV12 d 2.

Richard Vernon Johnson is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.